UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREY GUDIMA,

    Petitioner,

v.

ALBERTO GONZALES, *et al.*,

    Respondents.

CASE NO. C05-1117-RSL-JPD

ORDER APPOINTING
FEDERAL PUBLIC
DEFENDER

The Court, having considered petitioner's Request for Appointment of Counsel, petitioner's financial eligibility, and the balance of the record, finds and ORDERS as follows:

(1)    The Court is in receipt of a letter from the Federal Public Defenders Office, indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678, 121 S. Ct. 2491, 150 L. Ed. 2d 653 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated that he is financially eligible for such appointment. *See id.* Accordingly, petitioner's Request for Appointment of Counsel is GRANTED. The Court appoints the Federal Public Defender to

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER
PAGE - 1

1  represent petitioner in these proceedings.

2  (2)  The Clerk shall direct copies of this Order to petitioner, to the Federal Public

3  Defender, to counsel for respondent and to the Honorable Robert S. Lasnik.

4  DATED this 21st day of June, 2005.

*/s/ James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER
PAGE - 2